1030

No. 97–811. LORENZEN v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–818: PANKHURST v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5386. JEUDY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5666. TSCHANZ v. SWEETWATER COUNTY SCHOOL DISTRICT NUMBER ONE ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–6344. GORDON v. E. L. HAMM & ASSOCIATES, INC. C. A. 11th Cir. Certiorari denied.

No. 97–6349. MARTINEZ v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 97–6350. MURPHY v. WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 97–6355. MCREYNOLDS v. COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 97–6361. SALTER v. GLENN ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–6369. NEUMAN v. RIVERS. C. A. 6th Cir. Certiorari denied.

No. 97–6371. LLOYD v. AMERICAN TRANSIT INSURANCE CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–6373. WILLIAMS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–6379. RILEY v. DORTON. C. A. 4th Cir. Certiorari denied.

No. 97–6385. RAMSEY v. CITY OF LAUREL ET AL. C. A. 5th Cir. Certiorari denied.